1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SENEN SANCHEZ,                    ) NO. CV 11-10100-TJH (MAN)
                                        )
12              Petitioner,            )
                                        )
13      v.                             ) JUDGMENT
                                        )
14   TIM BUSBY, WARDEN,                )
                                        )
15              Respondent.            )
     ─────────────────────────────────)
16

17

18      Pursuant  to  the  Court's  Order  Accepting  Findings  and

19   Recommendations of United States Magistrate Judge,

20

21      IT IS ADJUDGED that this action is dismissed with prejudice.

22

23   DATED: July 31, 2012.

24

25

26                                   TERRY J. HATTER, JR.
                                     UNITED STATES DISTRICT JUDGE

27

28