**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENEN SANCHEZ,<br><br>        Petitioner,<br><br>    v.<br><br>TIM BUSBY, WARDEN,<br><br>        Respondent. | NO. CV 11-10100-TJH (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2012.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE